C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF: ) No. B-09-80555 C-13D
Brenda T. Noseworthy )
)
)
Debtor )

## ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL AND
## APPROVAL OF SETTLEMENT AND ATTORNEY FEES

On March 22, 2010, a hearing was held on the Debtor's Application to Employ Special Counsel and for Approval of Settlement and Attorney Fees. The Debtor suffered injuries from the use of the drug Vioxx and the Debtor joined in a class action suit against Merck & Co. to recover damages for her suffering. At the hearing, Koury Hicks, Esq. appeared on behalf of the Debtor and Richard M. Hutson II, Standing Trustee appeared. The Court, after considering the Application and having heard and considered the statements of counsel and the Trustee, finds that the Application should be approved; therefore, it is ORDERED:

1. The employment of Beasley, Allen, Crow, Methvin, Portis & Miles, PC as special counsel for representation in a class action suit relating to the Debtor's claim for injuries suffered from use of the drug Vioxx is approved.

2. Compensation for special counsel is approved as allowed by the United States District Court for the Eastern District of Louisiana.

3. The Debtor is permitted to retain all net proceeds derived from the claim as exempt under N.C.G.S. §1C-1601(a)(8).

4. John T. Orcutt, Esq. is allowed a fee in the amount of $250.00 for services rendered in the filing of this Application and such fee shall be paid through the Debtor's plan.

# PARTIES IN INTEREST
## Page 1 of 1
## 09-80555 C-13D

Brenda T. Noseworthy
4101 Liddington Dr.
Durham, NC 27705

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Joel Connally, Esq.
Strength & Connally, LLC
7020 Fain Park Dr., Ste. 3
Montgomery, AL 36117